| | |
|---|---|
| ROLEX WATCH USA, INC., | Civil Action No. |
| v. | 1:03-cv-03001-CC |
| CAPETOWN DIAMOND CORPORATION,<br>ET AL., | |

TYPE OF CASE: CIVIL

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE,  DATE AND TIME SET FORTH BELOW BEFORE <u>JUDGE CLARENCE COOPER.</u>

| | |
|---|---|
| U. S. DISTRICT COURT | COURTROOM:**1706** |
| 75 TED TURNER DRIVE, S.W. | TIME: **9:30 AM** |
| ATLANTA, GEORGIA 30303-3361 | DATE: **AUGUST 4, 2021** |

**TYPE OF PROCEEDINGS: ALL PENDING MOTIONS**

    JAMES N. HATTEN, CLERK

    BY: s/ *Velma Shanks*
        COURTROOM DEPUTY

DATE: June 9, 2021

TO: All Counsel of Record